UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE:                                                                                                                      CASE NO.: 22-13020-SDM
CHAPTER 13

Terry Allen
   Debtor.

_____/

**NOTICE OF SATISFACTION OF PROOF OF CLAIM 5-1**

NOW COMES, USAA Federal Savings Bank and hereby provides notice that the Proof of Claim 5-1, filed by USAA Federal Savings Bank on 12/07/2022, in the amount of $11,766.62, is deemed satisfied and no further payments are due. Accordingly, any future disbursements on Claim number 5-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Robertson, Anschutz, Schneid Crane & Partners PLLC
Authorized Agent for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, Ga 30004
Telephone: 470-321-7112

By: /s/Shellie A. Labell
    Shellie A. Labell
    Email: slabell@raslg.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

IN RE:                                              CASE NO.: 22-13020-SDM
                                                                  CHAPTER 13

Terry Allen
   Debtor.
_____/

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that on January 28, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Terry Allen
605 Valley Rd
Kosciusko, MS 39090

And via electronic mail to:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
601-500-5533
Email: trollins@therollinsfirm.com

Todd S. Johns
Todd S. Johns, Chapter 13 Trustee
PO BOX 1326
Brandon, MS 39043
Email: vardaman13ecf@gmail.com

U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201
Email: USTPRegion05.AB.ECF@usdoj.gov

                                                 By: /s/ Virginia A. Croft
                                                 Virginia A. Croft
                                                 Email: vcroft@raslg.com